Top Creditors

| | |
|---|---|
| Energy Services<br>PO Box 1346<br>Glenrock, WY 82637 | $185,917.27 |
| Parr, Brown, Gee & Loveless<br>Po Box 11019<br>Salt Lake City, UT 84147 | $25,278.97 |
| Wyoming Department Of Revenue<br>Herschler Building<br>Cheyenne, WY 82002-0110 | $22,000.00 |
| Internal Revenue Service<br>Ogden, UT 84201-0030 | $19,437.93 |
| Porter, Muirhead, Corina & Howard<br>123 West First Street Suite 800 Box 2750<br>Casper, WY 82602 | $11,609.10 |
| Allen Inspection Services<br>PO Box 583<br>Mills, WY 82644 | $11,488.50 |
| Dooley Oil Inc<br>720 Skyline Drive<br>Laramie, WY 82070 | $11,175.00 |
| Austin J. Smith<br>PO Box 1346<br>Glenrock, WY 82637 | $7,500.00 |
| Crowley & Fleck<br>P.O. Box 30441<br>Billings, MT 59718 | $7,369.10 |
| WSI-North Dakota Workforce Safety<br>1600 EastCentury Ave<br>Suite 1 Po Box 5585<br>Bismarck, ND 58506-5585 | $4,931.73 |
| Hager Industries<br>509 Mitchelson Street<br>Rock Springs, WY 82637 | $4,765.84 |
| Bop Ram Ram & Iron Rentals, Inc<br>Po Box 872<br>Weatherford, OK 73096 | $4,506.76 |

Utah State Tax Commission $4390.56
210 N 1950 W
Salt Lake City, UT 84134

Graco Oilfield Services $3,403.90
5300 Town & Country Blvd. Suite 220
risco, TX 75034-6890

Distribution Now $3,219.36
555 North Center St
Casper, WY 82601

Wyoming Rigging & Industrial Supply, LLC $2,666.11
Po Box 1296
Douglas, WY 82633-1296