B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re Energy Drilling, LLC, Debtor

Case No. 16-23671

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: June 2016

Date filed: 07/12/2016

Line of Business: Oil and Gas Drilling

NAISC Code: 213111

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Gerald K Smith

Original Signature of Responsible Party

Gerald K Smith

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☑ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 22,500.00

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 2,892.02

Cash on Hand at End of Month $ 378.61

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 1,165.17

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSFS** $ 30,578.35

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 22,500.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 30,578.35

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ -8,078.35

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 8,406.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,111,092.12

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 5,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 22,500.00 | $ 22,500.00 |
| EXPENSES | $ 38,490.00 | $ 31,578.35 | $ 6,911.65 |
| CASH PROFIT | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 0.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 38,490.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 0.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Check | | 06/30/2016 | Hilltop National Bank | Checking at Hilltop National B | |
| | | | | Bank Service Charge | -12.60 |
| TOTAL | | | | | -12.60 |
| Bill Pmt -Check | ACH | 06/21/2016 | Rocky Mountain Power | Checking at Hilltop National B | |
| Bill | 06/2016 | 06/07/2016 | | Utilities | -115.70 |
| | | | | Utilities | -60.02 |
| | | | | Utilities | -40.66 |
| TOTAL | | | | | -216.38 |
| Bill Pmt -Check | ACH | 06/30/2016 | Century Link | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Telephone Expense | -197.24 |
| TOTAL | | | | | -197.24 |
| Check | ACH | 06/30/2016 | Intuit | Checking at Hilltop National B | |
| | | | | Office Supplies | -46.83 |
| TOTAL | | | | | -46.83 |
| Check | DC | 06/14/2016 | USPS | Checking at Hilltop National B | |
| | | | | Postage and Delivery | -8.80 |
| TOTAL | | | | | -8.80 |
| Check | DC | 06/16/2016 | Staples | Checking at Hilltop National B | |
| | | | | Office Supplies | -33.80 |
| TOTAL | | | | | -33.80 |
| Check | DC | 06/27/2016 | RigData | Checking at Hilltop National B | |
| | | | | Marketing and Promotion | -30.00 |
| TOTAL | | | | | -30.00 |
| Bill Pmt -Check | DC | 06/27/2016 | Verizon Wireless | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Telephone Expense | -85.11 |
| Bill | 62716 | 06/28/2016 | | Telephone Expense | -162.50 |
| TOTAL | | | | | -247.61 |
| Check | DC | 07/05/2016 | Quick Quarter Advertising | Checking at Hilltop National B | |
| | | | | Marketing and Promotion | -27.00 |
| TOTAL | | | | | -27.00 |
| Bill Pmt -Check | DC | 07/05/2016 | Drop Box | Checking at Hilltop National B | |
| Bill | 07/2016 | 07/05/2016 | | Office Supplies | -9.99 |
| TOTAL | | | | | -9.99 |
| Bill Pmt -Check | 1028 | 06/01/2016 | Eric Hodges | Checking at Hilltop National B | |
| Bill | 6/3/16 | 06/03/2016 | | Administrative services | -304.00 |
| TOTAL | | | | | -304.00 |

10:11 AM
07/12/16

# Energy Drilling, LLC
## Check Detail
June through July 2016

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Check | | 06/01/2016 | USPS | Checking at Hilltop National B | |
| | | | | Postage and Delivery | -6.45 |
| TOTAL | | | | | -6.45 |
| Check | | 06/01/2016 | Intuit | Checking at Hilltop National B | |
| | | | | Office Equipment | -544.95 |
| TOTAL | | | | | -544.95 |
| Check | | 06/01/2016 | Drop Box | Checking at Hilltop National B | |
| | | | | Office Supplies | -9.99 |
| TOTAL | | | | | -9.99 |
| Check | | 06/03/2016 | Staples | Checking at Hilltop National B | |
| | | | | Office Supplies | -50.05 |
| TOTAL | | | | | -50.05 |
| Check | | 06/06/2016 | Intuit | Checking at Hilltop National B | |
| | | | | Office Supplies | -192.14 |
| TOTAL | | | | | -192.14 |
| Check | | 06/13/2016 | Incorp | Checking at Hilltop National B | |
| | | | | Professional Fees | -104.00 |
| TOTAL | | | | | -104.00 |
| Check | | 06/22/2016 | Walmart | Checking at Hilltop National B | |
| | | | | Marketing and Promotion | -42.75 |
| TOTAL | | | | | -42.75 |
| Check | | 06/22/2016 | Walmart | Checking at Hilltop National B | |
| | | | | Supplies | -48.65 |
| TOTAL | | | | | -48.65 |
| Check | | 06/24/2016 | MyFax | Checking at Hilltop National B | |
| | | | | Office Supplies | -5.00 |
| TOTAL | | | | | -5.00 |
| Bill Pmt -Check | | 06/30/2016 | Austin Smith | Checking at Hilltop National B | |
| Bill | 06/2016 | 06/07/2016 | | Marketing Services | -1,500.00 |
| TOTAL | | | | | -1,500.00 |
| Bill Pmt -Check | | 06/30/2016 | Gerald K Smith | Checking at Hilltop National B | |
| Bill | 06/2016 | 06/07/2016 | | Administrative services | -428.58 |
| | | | | Marketing and Promotion | -1,285.71 |
| | | | | Supervision | -1,285.71 |
| TOTAL | | | | | -3,000.00 |

## ...ing, LLC
## Check Detail
June through July 2016

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 1029 | 06/03/2016 | Eric Hodges | Checking at Hilltop National B | |
| Bill | 161120 | 06/10/2016 | | Administrative services | -592.00 |
| TOTAL | | | | | -592.00 |
| Bill Pmt -Check | 1030 | 06/07/2016 | Eric Hodges | Checking at Hilltop National B | |
| Bill | | 06/07/2016 | | Fuel | -38.62 |
| | | | | Miscellaneous Expense | -2.50 |
| TOTAL | | | | | -41.12 |
| Bill Pmt -Check | 1031 | 06/09/2016 | Ben Jordan | Checking at Hilltop National B | |
| Bill | 05/2015 | 05/09/2016 | | Rig Storage | -350.00 |
| TOTAL | | | | | -350.00 |
| Bill Pmt -Check | 1032 | 06/11/2016 | Austin Smith | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Marketing Services | -1,000.00 |
| TOTAL | | | | | -1,000.00 |
| Bill Pmt -Check | 1033 | 06/11/2016 | Gerald K Smith | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Members Draw | -571.42 |
| | | | | Marketing and Promotion | -1,714.29 |
| | | | | Supervision | -1,714.29 |
| TOTAL | | | | | -4,000.00 |
| Bill Pmt -Check | 1034 | 06/11/2016 | Eric Hodges | Checking at Hilltop National B | |
| Bill | 6/3/16 | 06/03/2016 | | Administrative services | 0.00 |
| Bill | 161121 | 06/16/2016 | | Administrative services | -30.00 |
| TOTAL | | | | | -30.00 |
| Bill Pmt -Check | 1035 | 06/14/2016 | Gerald K Smith | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Members Draw | -71.42 |
| | | | | Marketing and Promotion | -214.29 |
| | | | | Supervision | -214.29 |
| TOTAL | | | | | -500.00 |
| Bill Pmt -Check | 1036 | 06/16/2016 | Eric Hodges | Checking at Hilltop National B | |
| Bill | 161121 | 06/16/2016 | | Administrative services | -546.00 |
| TOTAL | | | | | -546.00 |
| Bill Pmt -Check | 1037 | 06/16/2016 | Gerald K Smith | Checking at Hilltop National B | |
| Bill | 05/2016 | 05/09/2016 | | Members Draw | -214.30 |
| | | | | Marketing and Promotion | -642.85 |
| | | | | Supervision | -642.85 |
| Bill | 06/2016 | 06/07/2016 | | Administrative services | -14.28 |
| | | | | Marketing and Promotion | -42.86 |
| | | | | Supervision | -42.86 |
| TOTAL | | | | | -1,600.00 |
| Bill Pmt -Check | 1038 | 06/16/2016 | Austin Smith | Checking at Hilltop National B | |

| | Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|---|
| | Bill | 05/2016 | 05/09/2016 | | Marketing Services | -1,000.00 |
| | Bill | 06/2016 | 06/07/2016 | | Marketing Services | -1,000.00 |
| TOTAL | | | | | | -2,000.00 |
| | Bill Pmt -Check | 1039 | 06/16/2016 | C&M Properties | Checking at Hilltop National B | |
| | Bill | 06/2016 | 06/07/2016 | | Rental Expense | -1,500.00 |
| TOTAL | | | | | | -1,500.00 |
| | Check | 1040 | 06/21/2016 | USPS | Checking at Hilltop National B | |
| | | | | | Postage and Delivery | -47.00 |
| TOTAL | | | | | | -47.00 |
| | Bill Pmt -Check | 1042 | 06/24/2016 | Berkley Oil & Gas Specialty Company | Checking at Hilltop National B | |
| | Bill | 06/2016 | 07/18/2016 | | Insurance Expense | -2,700.00 |
| TOTAL | | | | | | -2,700.00 |
| | Bill Pmt -Check | 1043 | 06/30/2016 | Eric Hodges | Checking at Hilltop National B | |
| | Bill | 16113 | 06/30/2016 | | Administrative services | -400.00 |
| TOTAL | | | | | | -400.00 |
| | Bill Pmt -Check | 1044 | 06/24/2016 | Austin Smith | Checking at Hilltop National B | |
| | Bill | 06/2016 | 06/07/2016 | | Marketing Services | -3,000.00 |
| TOTAL | | | | | | -3,000.00 |
| | Bill Pmt -Check | 1045 | 06/24/2016 | Gerald K Smith | Checking at Hilltop National B | |
| | Bill | 06/2016 | 06/07/2016 | | Administrative services | -285.72 |
| | | | | | Marketing and Promotion | -857.14 |
| | | | | | Supervision | -857.14 |
| TOTAL | | | | | | -2,000.00 |
| | Bill Pmt -Check | 1046 | 06/24/2016 | Ben Jordan | Checking at Hilltop National B | |
| | Bill | 06/2015 | 06/07/2016 | | Rig Storage | -350.00 |
| TOTAL | | | | | | -350.00 |
| | Bill Pmt -Check | 1047 | 06/24/2016 | Eric Hodges | Checking at Hilltop National B | |
| | Bill | 16112 | 06/24/2016 | | Administrative services | -496.00 |
| TOTAL | | | | | | -496.00 |
| | Bill Pmt -Check | 1048 | 07/07/2016 | Austin Smith | Checking at Hilltop National B | |
| | Bill | 06/2016 | 06/07/2016 | | Marketing Services | -2,000.00 |
| TOTAL | | | | | | -2,000.00 |
| | Bill Pmt -Check | 1049 | 07/07/2016 | Gerald K Smith | Checking at Hilltop National B | |
| | Bill | 06/2016 | 06/07/2016 | | Administrative services | -214.28 |
| | | | | | Marketing and Promotion | -642.86 |
| | | | | | Supervision | -642.86 |
| TOTAL | | | | | | -1,500.00 |


Energy Drilling, LLC
Check Detail
June through July 2016

| | Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 1050 | 07/08/2016 | Eric Hodges | Checking at Hilltop National B | |
| | Bill | 07/21016 | 07/05/2016 | | Administrative services | -288.00 |
| TOTAL | | | | | | -288.00 |
| Total All Transactions | | | | | | -31,578.35 |

9:20 AM
07/12/16
Accrual Basis

# Energy Drilling, LLC
## Balance Sheet
### As of June 30, 2016

| | Jun 30, 16 |
|---|---|
| ASSETS | |
| Current Assets | |
| Checking/Savings | |
| Checking at Hilltop National B | -1,816.39 |
| Total Checking/Savings | -1,816.39 |
| Accounts Receivable | |
| Accounts Receivable | 1,111,092.12 |
| Total Accounts Receivable | 1,111,092.12 |
| Other Current Assets | |
| Investment income | |
| Investors deposits | 0.00 |
| Total Investment Income | 22,500.00 |
| Total Other Current Assets | 22,500.00 |
| Total Current Assets | 1,131,775.73 |
| Fixed Assets | |
| Office Equipment | 591.78 |
| Total Fixed Assets | 591.78 |
| TOTAL ASSETS | **1,132,367.51** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 2,523.15 |
| Total Accounts Payable | 2,523.15 |
| Total Current Liabilities | 2,523.15 |
| Total Liabilities | 2,523.15 |
| Equity | |
| Members Draw | -2,000.00 |
| Net Income | 0.00 |
| Total Equity | -2,000.00 |
| TOTAL LIABILITIES & EQUITY | **523.15** |

4:39 PM

07/11/16

# Energy Drilling, LLC
## A/R Aging Summary
As of June 30, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| GDS, LLC | 0.00 | 569.32 | 483.20 | 16,715.39 | 20,041.80 | 37,809.71 |
| Meadow Deep | 0.00 | 1,175.76 | 721.62 | 836.84 | 51,422.32 | 54,156.54 |
| Overland Resources | 0.00 | 2,045.32 | 3,335.80 | 1,776.81 | 128,676.28 | 135,834.21 |
| Ranchers Exploration Partners, LLC | 0.00 | 1,154.87 | 1,055.96 | 1,929.40 | 72,558.86 | 76,699.09 |
| Virtus Oil and Gas | 0.00 | 13,651.02 | 12,481.80 | 22,806.18 | 757,653.57 | 806,592.57 |
| YE AR Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 18,596.29 | 18,078.38 | 44,064.62 | 1,030,352.83 | 1,111,092.12 |

9:24 AM
07/12/16

# Energy Drilling, LLC
## Unpaid Bills Detail
### As of June 30, 2016

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Aaron Parkinson** | | | | | |
| Bill | 06/07/2016 | 06/2016 | 06/17/2016 | 13 | 550.00 |
| Total Aaron Parkinson | | | | | 550.00 |
| **Century Link** | | | | | |
| Bill | 05/09/2016 | 05/2016 | 05/19/2016 | 42 | 12.08 |
| Bill | 06/07/2016 | 06/2017 | 06/17/2016 | 13 | 209.32 |
| Total Century Link | | | | | 221.40 |
| **Gerald K Smith** | | | | | |
| Bill | 06/07/2016 | 06/2016 | 06/17/2016 | 13 | 1,400.00 |
| Total Gerald K Smith | | | | | 1,400.00 |
| **Porter Muirhead, Corina & Howard** | | | | | |
| Bill | 05/31/2016 | 215203 | 06/10/2016 | 20 | 75.00 |
| Total Porter Muirhead, Corina & Howard | | | | | 75.00 |
| **Rocky Mountain Power** | | | | | |
| Bill | 06/07/2016 | 06/2016 | 06/17/2016 | 13 | 179.01 |
| Total Rocky Mountain Power | | | | | 179.01 |
| **Source Gas** | | | | | |
| Bill | 05/09/2016 | 05/2016 | 05/19/2016 | 42 | 97.74 |
| Total Source Gas | | | | | 97.74 |
| **TOTAL** | | | | | **2,523.15** |

P.O. Box 2680
Casper, Wyoming 82602
www.HilltopNationalBank.com

NMLS ID 527730

**ACCOUNT STATEMENT**

XXXXXXX853

Statement Period:
06-01-2016 thru 06-30-2016

ENERGY DRILLING LLC
PO BOX 1346
GLENROCK WY 82637-1346

Have you wondered about a line of credit for those personal expenses?
Select the Quick Links tab on our homepage and click Consumer Loan Center to apply.

**COMMERCIAL CHECKING XXXXXXX853**

| | | | | |
|---|---|---|---|---|
| 05-31-2016 | BALANCE LAST STATEMENT | | | $2,892.02 |
| | AMOUNT OF CREDITS | 5 | $23,044.95 | |
| | AMOUNT OF DEBITS | 34 | $24,486.29 | |
| 06-30-2016 | BALANCE THIS STATEMENT | | | $1,450.68 |

## DETAIL SUMMARY

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06-01-16 | 5122 POS FUND PURCHA 05/31 USPS.COM CLICK6610 800-3447779 DCUS USPS.COM | $6.45 | | $2,885.57 |
| 06-01-16 | 47810 BILL PYMT CHK 05/31 DROPBOX*F7T8RSK8PV DB.TT/CCHELP CAUS | $9.99 | | $2,875.58 |
| 06-01-16 | 87864 POS FUND PURCHA 06/01 INTUIT *PAYROLL 800-446-8848 CAUS INTUIT *PA | $544.95 | | $2,330.63 |
| 06-01-16 | CHECK(S) | $304.00 | | $2,026.63 |
| 06-03-16 | 86145 POS FUND PURCHA 06/02 STAPLES DIRECT 800-3333330 MAUS STAPLES DIRE | $50.05 | | $1,976.58 |
| 06-03-16 | CHECK(S) | $592.00 | | $1,384.58 |
| 06-06-16 | 18719 RETURN TO DDA 06/04 INTUIT *PAYROLL 800-446-8848 CAUS INTUIT *PA | | $544.95 | $1,929.53 |
| 06-06-16 | 22287 POS FUND PURCHA 06/04 INTUIT *PAYROLL 800-446-8848 CAUS INTUIT *PA | $192.14 | | $1,737.39 |
| 06-08-16 | CHECK(S) | $41.12 | | $1,696.27 |
| 06-10-16 | ENERGY DRILLING SERVICES LLC WIRE TRANSFER | | $5,000.00 | $6,696.27 |

* * * CONTINUED * * *



HILLTOP National Bank

P.O. Box 2680
Casper, Wyoming 82602
www.HilltopNationalBank.com

ACCOUNT STATEMENT

XXXXXXX853

FDIC

NMLS ID 527730

ENERGY DRILLING LLC

## DETAIL SUMMARY

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 06-13-16 | 42387 POS FUND PURCHA 06/10 INCORP SERVICES IN 702-866-2500 NVUS INCORP | $104.00 | | $6,592.27 |
| 06-13-16 | CHECK(S) | $5,030.00 | | $1,562.27 |
| 06-14-16 | CHECK(S) | $850.00 | | $712.27 |
| 06-15-16 | 59362 POS FUND PURCHA 06/14 USPS.COM CLICK6610 800-3447779 DCUS USPS.COM | $8.80 | | $703.47 |
| 06-16-16 | DEPOSIT | | $5,000.00 | $5,703.47 |
| 06-16-16 | 69316 POS FUND PURCHA 06/15 STAPLES DIRECT 800-3333330 MAUS STAPLES DIRE | $33.80 | | $5,669.67 |
| 06-16-16 | CHECK(S) | $4,146.00 | | $1,523.67 |
| 06-21-16 | 140731 BILL PYMT CHK 06/21 ROCKY MOUNTAIN POW PORTLAND ORUS ROCKY MOUNT | $216.38 | | $1,307.29 |
| 06-22-16 | 0003 POS FUND PURCHA 06/21 RED LOBSTER 6374 CASPER WYUS RED LOBSTER 637 | $42.75 | | $1,264.54 |
| 06-22-16 | 91993 POS DDA PURCHAS 06/21 4400 EAST 2ND STRE CASPER WYUS WAL-MART #161 | $48.65 | | $1,215.89 |
| 06-24-16 | DEPOSIT | | $7,500.00 | $8,715.89 |
| 06-24-16 | 54543 BILL PYMT CHK 06/24 MYFAX *PROTUS IP 866-563-9212 CAUS MYFAX *PR | $5.00 | | $8,710.89 |
| 06-24-16 | CHECK(S) | $5,543.00 | | $3,167.89 |
| 06-27-16 | 40083 POS FUND PURCHA 06/24 RIGDATA NORTH RICHLANTXUS RIGDATA | $30.00 | | $3,137.89 |
| 06-27-16 | CHECK(S) | $1,500.00 | | $1,637.89 |
| 06-29-16 | 15597 POS FUND PURCHA 06/27 VERIZON WRLS MYACC 800-9220204 CAUS VERIZON | $247.61 | | $1,390.28 |
| 06-30-16 | OCEANSWEST LLC DEF BEN PEN PLN WIRE TRANSFER | | $5,000.00 | $6,390.28 |
| 06-30-16 | TELEPHONE TRANSFER | $4,500.00 | | $1,890.28 |
| 06-30-16 | 73603 POS FUND PURCHA 06/28 QUIK QUARTER WANT 307-266-3475 WYUS QUIK QUA | $27.00 | | $1,863.28 |
| 06-30-16 | CHECK(S) | $400.00 | | $1,463.28 |
| 06-30-16 | SERVICE CHARGE | $12.60 | | $1,450.68 |

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06-01 | 1028 | 304.00 | 06-13 | 1034 | 30.00 | 06-24 | 1040* | 47.00 |
| 06-03 | 1029 | 592.00 | 06-14 | 1035 | 500.00 | 06-30 | 1043 | 400.00 |
| 06-08 | 1030 | 41.12 | 06-16 | 1036 | 546.00 | 06-24 | 1044 | 3,000.00 |
| 06-14 | 1031 | 350.00 | 06-16 | 1037 | 1,600.00 | 06-24 | 1045* | 2,000.00 |
| 06-13 | 1032 | 1,000.00 | 06-16 | 1038 | 2,000.00 | 06-24 | 1047 | 496.00 |
| 06-13 | 1033 | 4,000.00 | 06-27 | 1039 | 1,500.00 | | | |

* INDICATES A GAP IN CHECK NUMBER SEQUENCE

* * * CONTINUED * * *





P.O. Box 2680
Casper, Wyoming 82602
www.HilltopNationalBank.com

ACCOUNT STATEMENT

XXXXXXX853

 

NMLS ID 527730

ENERGY DRILLING LLC

## INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | $0.00 | INTEREST EARNED: | $0.00 |
| INTEREST PAID THIS PERIOD: | $0.00 | DAYS IN PERIOD: | 0 |
| INTEREST PAID 2016: | $0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.0000% |

## ITEMIZATION OF SERVICE CHARGE PAID

| | THIS PERIOD |
|---|---|
| TOTAL CHARGE FOR CML SNAPSHOT LOW ACT: | $6.00 |
| TOTAL CHARGE FOR DEBITS: | $6.60 |
| TOTAL SERVICE CHARGE PAID | $12.60 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES: | $0.00 | $0.00 |

** Overdraft fees may appear in this statement and on the Schedule of Charges as: Paid 'NSF' Item Charge, NSF Return Item Charges, Overdraft Fees, or Returned Item Fees. Please contact us if you have any questions or concerns. **

***END OF STATEMENT***


$5,000.00 6/16/2016

$7,500.00 6/24/2016

1028 $304.00 6/1/2016

1029 $592.00 6/3/2016

1030 $41.12 6/8/2016

1031 $350.00 6/14/2016

1032 $1,000.00 6/13/2016

1033 $4,000.00 6/13/2016

1034 $30.00 6/13/2016

1035 $500.00 6/14/2016

1036 $546.00 6/16/2016

1037 $1,600.00 6/16/2016

1038 $2,000.00 6/16/2016

1039 $1,500.00 6/27/2016

1040 $47.00 6/24/2016

1043 $400.00 6/30/2016

1044 $3,000.00 6/24/2016

1045 $2,000.00 6/24/2016

1047 $496.00 6/24/2016

Fill in this information to identify the case and this filing:

Debtor Name Energy Drilling, LLC

United States Bankruptcy Court for the: ______ District of Utah (State)

Case number (If known): 16-23671

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Form B 25c

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/12/16
MM / DD / YYYY

✗ Gerald K Smith
Signature of individual signing on behalf of debtor

Gerald K Smith
Printed name

CEO
Position or relationship to debtor